**Pearl M. WRIGHT, Employee–Appellant,**

v.

**NETWORK HEALTH RESOURCE, Employer–Respondent,**

and

**Treasurer of Missouri as Custodian of the Second Injury Fund, Respondent.**

No. 71305.

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

Evan J. Beatty, St. Louis, for employee–appellant.

Neil J. Maune, Granite City, IL, Joanna K. Carlson, Allison N. Bartle (treasurer), St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Pearl M. Wright (Employee) appeals from the Labor and Industrial Relations Commission's (the Commission) final award denying workers' compensation benefits. Employee alleges the Commission erred because its decision was not supported by substantial and competent evidence. We affirm. An extended opinion would have no precedential